**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1872**

———————

RICHARD L. MCCREERY,

Plaintiff - Appellant,

versus

STATE OF NORTH CAROLINA; COLON WILLOUGHBY,
Wake County DA; RIPLEY RAND, ADA; RUSSELL W.
DEMENT, III; JAMES CHESTNUTT, probation
officer; DOUG PARDUE, Adult Probation
Director; A. ROOT EDMONDSON, Counsel to the
State Bar; ROY COOPER, Attorney General,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-01-968-5-BO)

———————

Submitted: October 10, 2002        Decided: October 16, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard L. McCreery, Appellant Pro Se. Mary S. Mercer, Assistant
Attorney General, Mark John Pletzke, OFFICE OF THE ATTORNEY GENERAL
OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Richard L. McCreery appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>McCreery v. North Carolina</u>, No. CA-01-968-5-BO (E.D.N.C. entered July 16, 2002 and filed July 22, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>